AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Rosa Espinosa De Excinia<br>108 E 8th Street<br>Mercedes, TX 78570<br><br>*Defendant* | ) ) ) ) ) ) )     7:20-MJ-382-7<br>Case No. 1:20cr5-7 |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ROSA ESPINOSA DE EXCINIA

who is accused of an offense or violation based on the following document filed with the court:

SEALED

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to possess with intent to distribute and distribution of controlled substance

Date:   1/9/20

                     *David A. O'Toole*
                     *Issuing officer's signature*

City and state:   Beaumont, TX        David A. O'Toole, Clerk of Court
                                      *Printed name and title*

### Return

This warrant was received on *(date)* 1/9/2020, and the person was arrested on *(date)* 2/11/2020
at *(city and state)* Donna, TX

Date: 2/11/2020

                     *Arresting officer's signature*

                     U. Alday / Deputy U.S. Marshal
                     *Printed name and title*